UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL EZEKIAL ISIAH MILLER,<br>   Plaintiff,<br>   v.<br>REYES, et al.,<br>   Defendants. | Case No. 22-cv-09048-HSG<br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at Salinas Valley State Prison has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that prison officials at Wasco State Prison used excessive force on him on October 30, 2022. Dkt. No. 1. The events or omissions giving rise to Plaintiff's claim(s) occurred at Wasco State Prison and Plaintiff seeks relief from Wasco State Prison employees or prison officials. Wasco State Prison is located in Kern County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  3/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge